UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JULIA A. PICHARDO,

                Plaintiff,

-against-

NEW YORK UNIVERSITY and
JANE DOE - Student,

                Defendants.

Docket No.:   07 civ 6034
(Supreme Court: New York County
Index No. 106034/07)

**NOTICE PURSUANT TO FRCP 7.1**

      Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for NEW YORK UNIVERSITY, a private, non-governmental and not-for-profit corporation organized and existing under and by virtue of the laws of the State of New York party certifies that the following are public corporate parents, subsidiaries or affiliates of that party.

**NONE**

Dated: New York, New York
       June 26, 2007

**GOLDBERG & ASSOCIATES**

By:
    DANIEL J. FOX (DF4765)
    *Attorneys for Defendant NYU*
    39 Broadway, 17th Floor
    New York, NY 10006
    (212) 968-2300

TO:   Thomas M. DeSimone, Esq.
        Joseph T. Mullen, Jr. & Associates
        30 Vesey Street, 15th Floor
        New York, NY 10007
        212-766-1177