UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JULIA A. PICHARDO,

                    Plaintiff,

        -against-

NEW YORK UNIVERSITY and
JANE DOE - Student,

                    Defendants.

Docket No.:    07 civ 06034
(Supreme Court: New York County
Index No. 106034/07)

**NOTICE PURSUANT TO FRCP 7.1**

        Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for

NEW YORK UNIVERSITY, a private, non-governmental and not-for-profit corporation

organized and existing under and by virtue of the laws of the State of New York party certifies

that the following are public corporate parents, subsidiaries or affiliates of that party.

                            **NONE**

Dated: New York, New York
            June 26, 2007

                            **GOLDBERG & ASSOCIATES**

                    By:

                            DANIEL J. FOX (DF4765)
                            *Attorneys for Defendant NYU*
                            39 Broadway, 17th Floor
                            New York, NY 10006
                            (212) 968-2300

TO:    Thomas M. DeSimone, Esq.
        Joseph T. Mullen, Jr. & Associates
        30 Vesey Street, 15th Floor
        New York, NY 10007
        212-766-1177