## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK )
) ss.:
COUNTY OF NEW YORK )

**CARLOS A. VASQUEZ**, being duly sworn deposes and says:

I am not a party to the action, am over 18 years of age and reside in New York County, State of New York.

On June 29, 2007 I served the within **ANSWER and AFFIRMATIVE DEFENSES,** by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service with New York State, addressed to each of the following persons at the last known address set forth after each name.

TO:   Thomas M. DeSimone, Esq.
      Joseph T. Mullen, Jr. & Associates
      30 Vesey Street, 15th Floor
      New York, NY 10007

_____
CARLOS A. VASQUEZ

Sworn to before me on this
29th day of June, 2007.

_____
Notary Public

**DANIEL J. FOX**
**Notary Public, State of New York**
**No. 02FO6096614**
**Qualified in New York County**
**Commission Expires Aug. 4, 2007.**