```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
JULIA PICHARDO,               :
                Plaintiff,    :
                              :        ORDER
        -against-             :
                              :        07 Civ. 6034 (BSJ)(MHD)
NEW YORK UNIVERSITY et al.,   :
                              :
                Defendants.   :
------------------------------------X
```

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

It is hereby **ORDERED** that an initial conference has been scheduled in the above-captioned action on **SEPTEMBER 11, 2007 at 2:00 PM**, at which time you are directed to appear in Courtroom 17D, 500 Pearl Street, New York, New York 10007-1312. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

**DATED:** New York, New York
       August 13, 2007

SO ORDERED.

_____
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been mailed this date to:

Thomas DeSimone, Esq.
Joseph T. Mullen  Jr. & Associates
30 Vesey Street, 15th Floor
New York, NY 10007

Daniel Jason Fox, Esq.
Goldberg & Associates
39 Broadway, 17th Floor
New York, NY 10006