```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
                                   :
JULIA PICHARDO,                    :
                                   :
                    Plaintiff,     :
                                   :          ORDER
        -against-                  :
                                   :   07 Civ. 6034 (BSJ)(MHD)
NEW YORK UNIVERSITY, et al.,       :
                                   :
                    Defendants.    :
                                   :
----------------------------------X
```

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

It is hereby **ORDERED** that the initial conference in the above-captioned action has been scheduled to take place on **TUESDAY, JANUARY 22, 2008**, at which time plaintiff and attorneys for both parties are directed to appear in Courtroom 17D, 500 Pearl Street, New York, New York 10007-1312. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

DATED: New York, New York
       January 16, 2008

SO ORDERED.

_____
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been faxed this date to:

Thomas DeSimone, Esq.
Joseph T. Mullen  Jr. & Associates
30 Vesey Street, 15th Floor
New York, NY 10007
Fax: (212) 766-1131


Daniel Jason Fox, Esq.
Goldberg & Associates
39 Broadway, 17th Floor
New York, NY 10006
Fax: (212) 968-2400


A copy of the foregoing Order has been mailed this date to:

Julia Pichardo
450 6th Avenue
Patterson, NJ 07514