```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
                                   :
JULIA PICHARDO,                    :
                                   :
                    Plaintiff,     :
                                   :         AMENDED ORDER
          -against-                :
                                   :         07 Civ. 6034 (BSJ)(MHD)
NEW YORK UNIVERSITY, et al.,       :
                                   :
                    Defendants.    :
                                   :
-----------------------------------X
```

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

It is hereby **ORDERED** that the initial conference in the above-captioned action has been scheduled to take place on **TUESDAY, JANUARY 22, 2008, at 2:00 PM**, at which time plaintiff and attorneys for both parties are directed to appear in Courtroom 17D, 500 Pearl Street, New York, New York 10007-1312. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

DATED:  New York, New York
        January 17, 2008

SO ORDERED.

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/17/08

Copies of the foregoing Order have been faxed this date to:

Thomas DeSimone, Esq.
Joseph T. Mullen Jr. & Associates
30 Vesey Street, 15th Floor
New York, NY 10007
Fax: (212) 766-1131

Daniel Jason Fox, Esq.
Goldberg & Associates
39 Broadway, 17th Floor
New York, NY 10006
Fax: (212) 968-2400

A copy of the foregoing Order has been mailed this date to:

Julia Pichardo
450 6th Avenue
Patterson, NJ 07514