```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
JULIA PICHARDO,
                                    :
              Plaintiff,
                                    :     ORDER
         -against-
                                    :     07 Civ. 6034 (BSJ)(MHD)
NEW YORK UNIVERSITY, et al.,
                                    :
              Defendants.
                                    :
------------------------------------x
```

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

A conference having been held with counsel for the respective parties today,

It is hereby **ORDERED** as follows:

1. Plaintiff's counsel is to serve and file his motion to withdraw as counsel by **FRIDAY, JANUARY 25, 2008**.

2. Plaintiff is to serve and file her response, if any, by no later than one week after the motion to withdraw is served and filed.

3. Plaintiff's counsel is to serve and file his reply, if any, by no later than three days after response is served and filed.

4. If plaintiff's counsel's motion is granted, discovery will be stayed for sixty days so that plaintiff may seek new representation. If plaintiff's counsel's motion is denied, all fact discovery is to be completed by no later than **MONDAY, APRIL 21, 2008**.

Dated: New York, New York
       January 22, 2008

SO ORDERED.

_____
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been sent today to:

Thomas DeSimone, Esq.
Joseph T. Mullen  Jr. & Associates
30 Vesey Street, 15th Floor
New York, NY 10007

Daniel Jason Fox, Esq.
Goldberg & Associates
39 Broadway, 17th Floor
New York, NY 10006

A copy of the foregoing Order has been mailed this date to:

Julia Pichardo
450 6th Avenue
Patterson, NJ 07514