JAN 29 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JULIA PICHARDO,

               Plaintiff,

      07 CIV 6034 (MHD)

- against -

      **NOTICE OF**
NEW YORK UNIVERSITY and JANE DOE-Student,     **MOTION**

              Defendants.
------------------------------------------------------------X

**PLEASE TAKE NOTICE** that, upon the annexed Affirmation of Thomas M. DeSimone, Esq., dated January 22, 2008 and the direction of the Hon. Michael H. Dolinger, U.S.D.J. on January 22, 2008, the undersigned will move this Court, at 500 Pearl Street, New York, New York, Court Room 17-D, on February 4, 2008 at 10:00 A.M. for an Order permitting the firm of Joseph T. Mullen, Jr. & Associates to withdraw as counsel for the Plaintiff in this action and for such other and further relief as this Court deems to be just and proper.

Dated: New York, New York
       January 22, 2008

2/19/08

JOSEPH T. MULLEN, JR. & ASSOCIATES

By: _____
THOMAS M. DESIMONE (TMD 0756)
Attorneys for Plaintiff
30 Vesey Street, 15th Floor
New York, New York 10007
(212) 766-1177

To:
   GOLDERG & ASSOCIATES
   Attorneys for Defendants
   39 Broadway, 17th Floor
   New York, New York 10006

ENDORSED ORDER

The motion of plaintiff's attorney to withdraw is granted. The case will be stayed for 30 days from today, to permit plaintiff to hire a new attorney. If she fails to do so within that time, she will be deemed to be proceeding pro se at that stage.

/s/ 2/19/08