UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
JULIA PICHARDO,

                Plaintiff,

         -against-

NEW YORK UNIVERSITY, et al.,

               Defendants.

------------------------------------x

                                **ORDER**

                                07 Civ. 6034 (BSJ)(MHD)

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

A pre-trial conference having been held with counsel for the respective parties today,

It is hereby **ORDERED** as follows:

1. Plaintiff is to provide her initial disclosures to defendants by **SEPTEMBER 21, 2007** and is to provide signed medical authorizations by **SEPTEMBER 24, 2007**.

2. All fact discovery is to be completed by **DECEMBER 31, 2007**.

3. Plaintiff is to designate her expert witnesses and provide the information required under Fed. R. Civ. P. 26(a)(2)(B) by **JANUARY 4, 2008**. Defendant is to provide the equivalent information by **JANUARY 18, 2008**.

4. All remaining expert witness discovery is to be completed by **JANUARY 31, 2008**.

5. The parties are to submit a joint pre-trial order by **FEBRUARY 22, 2008**, unless a potentially dispositive motion has been served by that date.

Dated: New York, New York
       September 20, 2007

SO ORDERED.

_____
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been sent today to:

Thomas DeSimone, Esq.
Joseph T. Mullen Jr. & Associates
30 Vesey Street, 15th Floor
New York, NY 10007

Daniel Jason Fox
Goldberg & Associates
39 Broadway, 17th Floor
New York, NY 10006

2

24