05/30/2008 14:59 IFAX goldbergandassociatesfax@g-alaw.com → Daniel Fox 001/003
01/17/2008 15:47 FAX 202 395 7828 JUDGE DOLINGER 002

Case 1:07-cv-06034-BSJ-MHD   Document 18-8   Filed 05/30/2008   Page 1 of 3

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
JULIA PICHARDO,                    :
                    Plaintiff,     :
                                   :     ORDER
        -against-                  :
                                   :     07 Civ. 6034 (BSJ)(MHD)
NEW YORK UNIVERSITY, et al.,       :
                                   :
                    Defendants.    :
-----------------------------------X
```

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

It is hereby **ORDERED** that the initial conference in the above-captioned action has been scheduled to take place on **TUESDAY, JANUARY 22, 2008**, at which time plaintiff and attorneys for both parties are directed to appear in Courtroom 17D, 500 Pearl Street, New York, New York 10007-1312. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

DATED: New York, New York
       January 16, 2008

SO ORDERED.

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE

05/30/2008 14:59 IFAX goldbergandassociatesfax@g-alaw.com → Daniel Fox 002/003
01/17/2008 15:47 FAX 212 805 7925 JUDGE DOLINGER 003
Case 1:07-cv-06084-BSJ-MHD   Document 18-8   Filed 05/30/2008   Page 2 of 3

Copies of the foregoing Order have been faxed this date to:

Thomas DeSimone, Esq.
Joseph T. Mullen Jr. & Associates
30 Vesey Street, 15th Floor
New York, NY 10007
Fax: (212) 766-1131

Daniel Jason Fox, Esq.
Goldberg & Associates
39 Broadway, 17th Floor
New York, NY 10006
Fax: (212) 968-2400

A copy of the foregoing Order has been mailed this date to:

Julia Pichardo
450 6th Avenue
Patterson, NJ 07514

05/30/2008 14:59 IFAX goldbergandassociatesfax@g-alaw.com → Daniel Fox ☐003/003
01/17/2008 15:47 FAX 212 805 7928 JUDGE DOLINGER ☐001

Case 1:07-cv-06034-BSJ-MHD   Document 18-8   Filed 05/30/2008   Page 3 of 3

## FAX Cover Sheet

Date: January 16, 2008

To:
Thomas DeSimone, Esq.
Fax: (212) 766-1131

Daniel Jason Fox, Esq.
Fax: (212) 968-2400

From: Magistrate Judge Michael H. Dolinger
United States District Court
Southern District of New York
500 Pearl Street, Room 1670
New York, New York 10007-1312

FAX (212) 805-7928

TELEPHONE NUMBER (212) 805-0204

This document contains 3 pages, including this cover sheet.