# GOLDBERG & ASSOCIATES

## ATTORNEYS AT LAW

39 BROADWAY - 17th Floor
NEW YORK, NEW YORK 10006

DANIEL J. FOX
Extension 119
dfox@g-alaw.com

(212) 968-2300
FAX (212) 968-2400
www.g-alaw.com

February 21, 2008

Ms. Julia Pichardo
P.O. Box 433
Hawthorne, NJ 07514

> RE: Julia Pichardo v. New York University
> S.D.N.Y. - Docket No.: 07 civ 6034
> Date of Loss: May 4, 2004
> Our File No.: 40824

Dear Ms. Pichardo:

Please be advised that the law firm of Goldberg & Associates represents NYU in connection with a lawsuit commenced by you arising out of an alleged May 4, 2004 incident. As you are presumably aware, Magistrate Judge Dollinger has recently issued an order granting the motion to withdraw as counsel for Plaintiff filed by Joseph T. Mullen, Jr. & Associates. Furthermore, the order directs the Plaintiff to either retain counsel within the next thirty (30) days or proceed as a *pro se* litigant. A copy of the order follows this correspondence.

Upon receipt of the order, I requested that Joseph T. Mullen, Jr. & Associates furnish my office with your contact information so that you and I may correspond regarding this case. Previously, I had served discovery demands for which a response was never received. Moreover, Plaintiff has yet to serve the mandatory Rule 26 disclosure statement. A copy of NYU's discovery demands and Rule 26 also follow this correspondence.

In response to my request, Joseph T. Mullen, Jr. & Associates provided me with the above P.O. Box address; however, your prior counsel was unwilling to provide me with your phone number or any other contact information. Copies of the correspondence exchanged between my office and Joseph T. Mullen, Jr. & Associates regarding this matter are enclosed.

I am writing to introduce myself and establish contact with you regarding this lawsuit. It would be greatly appreciated if you would advise me what your intentions are with regard to the prosecution of the case. Do you intend to retain counsel or proceed on your own? Do you intend to pursue this action or are you willing to consider the voluntary discontinuance the case?

● New York, New York ● Millburn, New Jersey ●

## GOLDBERG & ASSOCIATES

Julia Pichardo
February 21, 2008
Page -2-

---

At the onset, it would be appreciated if you would provide me with a physical address and phone number so I may contact you. Having only a P.O. Box address, I am unable to determine whether you even receive this or any other correspondence that I may send to you.

Assuming that you will continue to prosecute this lawsuit, I suggest that we schedule a conference before Magistrate Judge Dollinger in order to obtain a revised discovery schedule and deposition dates. Certainly, before taking your deposition, I will need your response to the enclosed discovery demands and a Rule 26 disclosure statement.

If you decide to retain counsel, please furnish your new attorney with a copy of this letter together with the enclosures.

Thank you for your anticipated cooperation with these matters.

Sincerely,

DANIEL J. FOX

Encl.

● New York, New York ● Millburn, New Jersey ●