UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
CASE NO.: 07-cv-6034

JULIA PICHARDO

                Plaintiff,

-against-

NEW YORK UNIVERSITY and
JANE DOE – Student,

                Defendants.

## PROPOSED ORDER

Upon review and consideration of the motion of NEW YORK UNIVERSITY seeking an order striking and dismissing Plaintiff's Complaint in its entirety, it is hereby ORDERED that the motion is GRANTED and the Complaint of Plaintiff JULIA PICHARDO is dismissed with prejudice in its entirety.

DATED: July ____, 2008

                                                                    _____
                                                                    THE HONORABLE MICHAEL H. DOLINGER
                                                                    United States District Court Judge