UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
CASE NO.: 07-cv-6034

JULIA PICHARDO

       Plaintiff,

-against-

NEW YORK UNIVERSITY and
JANE DOE – Student,

       Defendants.

## CERTIFICATE OF SERVICE OF NYU'S MOTION TO DISMISS

   DANIEL J. FOX, an attorney duly admitted to practice law before this Court, hereby certifies that, on May 30, 2008, a copy of the *Notice of Hearing, Affidavit of Daniel J. Fox and NYU's Motion to Dismiss* was served upon the following parties by first class mail and by Certified Mail Return Receipt Requested by enclosing a true and accurate copy of said document in a properly addressed, postage-paid wrapper and depositing same in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York:

  Julia Pichardo
  Plaintiff *pro se*
  P.O. Box 433
  Hawthorne, NJ 07514

                \_\_\_\_/s/_____
                DANIEL J. FOX

Sworn to before me on
this 30th day of May, 2008

\_\_/s/_____
WILLIAM H. GRAE
Notary Public