UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
:
JULIA PICHARDO,
:
               Plaintiff,
:      **ORDER**
     -against-
:      07 Civ. 6034 (BSJ)(MHD)
NEW YORK UNIVERSITY,
:
               Defendant.
:
------------------------------------X
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

    Defendant having failed to file a motion (as represented in counsel's letter to the Court dated March 24th, 2008), it is directed to do so by no later than June 2, 2008 or we will deem discovery to be closed.

DATED:  New York, New York
         May 27, 2008

                                              SO ORDERED.

                                              MICHAEL H. DOLINGER
                                              UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been sent this date to:

Ms. Julia Pichardo
P.O. Box 433
Hawthorne, NJ 07507-0433

Daniel Jason Fox, Esq.
Goldberg & Associates
39 Broadway, 17th Floor
New York, NY 10006

```
                    ********************
                    ***   TX REPORT   ***
                    ********************


    TRANSMISSION OK

    TX/RX NO                  2907
    CONNECTION TEL                      912129682400
    CONNECTION ID
    ST. TIME                  05/27 15:37
    USAGE T                   00'31
    PGS. SENT                     3
    RESULT                    OK
```