# GOLDBERG & ASSOCIATES

ATTORNEYS AT LAW

39 BROADWAY - 17th Floor
NEW YORK, NEW YORK 10006

**DANIEL J. FOX**
Extension 119
dfox@g-alaw.com

(212) 968-2300
FAX (212) 968-2400
www.g-alaw.com

May 30, 2008

The Honorable Michael H. Dolinger
Magistrate Judge, United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

JUN 3    2008

> **RE:** **Julia Pichardo v. New York University**
> **S.D.N.Y. - Docket No.: 07 civ 6034**
> **Date of Loss: May 4, 2004**
> **Our File No.: 40824**

Dear Honorable Sir:

As you may recall, the law office of Goldberg & Associates has been retained to defend New York University ("NYU") in connection with the above-referenced personal injury lawsuit commenced by Julia Pichardo. Enclosed please find a "chambers copy" of NYU's motion to dismiss Plaintiff's Complaint pursuant to F.R.C.P. § 41(b). The motion has been filed with the Court's ECF System and a return date of July 1, 2008 has been designated.

Thank you for your kind consideration of this motion.

Respectfully submitted,

DANIEL J. FOX

cc:    **Via Certified Mail R.R.R.**
    **and Regular U.S. Mail to:**
    Julia Pichardo
    P.O. Box 433
    Hawthorne, NJ 07507

● New York, New York ● Millburn, New Jersey ●