UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
CASE NO.: 07-cv-6034

JULIA PICHARDO

                Plaintiff,

-against-

NEW YORK UNIVERSITY and
JANE DOE – Student,

                Defendants.

## PROPOSED ORDER

Upon review and consideration of the motion of NEW YORK UNIVERSITY seeking an order pursuant to Federal Rule of Civil Procedure § 41(b) striking and dismissing Plaintiff's Complaint, it is hereby ORDERED that the motion is GRANTED and the Complaint of Plaintiff JULIA PICHARDO is dismissed with prejudice in its entirety.

DATED: July ____, 2008

                                              _____
                                              THE HONORABLE MICHAEL H. DOLINGER
                                              United States District Court Judge