UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
CASE NO.: 07-cv-6034

JULIA PICHARDO

                            Plaintiff,

-against-

NEW YORK UNIVERSITY and
JANE DOE – Student,

                            Defendants.

## CERTIFICATE OF SERVICE OF NYU'S MOTION TO DISMISS

      DANIEL J. FOX, an attorney duly admitted to practice law before this Court, hereby certifies that, on June 27, 2008, a copy of the *Notice of Hearing, Affidavit of Daniel J. Fox and NYU's Memorandum of Law in support of its Motion to Dismiss* was served upon the following parties by first class mail and by Certified Mail Return Receipt Requested by enclosing a true and accurate copy of said document in a properly addressed, postage-paid wrapper and depositing same in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York:

    Julia Pichardo
    Plaintiff *pro se*
    P.O. Box 433
    Hawthorne, NJ 07514

                                                  ____/s/_____
                                                  DANIEL J. FOX

Sworn to before me on
this 27th day of June, 2008

__/s/_____
WILLIAM H. GRAE
Notary Public