UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X

JULIA PICHARDO,

                 Plaintiff,

         -against-

NEW YORK UNIVERSITY, et al.,

                Defendants.

------------------------------------X

**ORDER**

07 Civ. 6034 (BSJ)(MHD)

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

It is hereby **ORDERED** that the initial conference in the above-captioned action has been scheduled to take place on **TUESDAY, JANUARY 22, 2008**, at which time plaintiff and attorneys for both parties are directed to appear in Courtroom 17D, 500 Pearl Street, New York, New York 10007-1312. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

DATED: New York, New York
        January 16, 2008

                             SO ORDERED.

                             MICHAEL H. DOLINGER
                             UNITED STATES MAGISTRATE JUDGE

05/30/2008 14:59 IFAX goldbergandassociatesfax@g-alaw.com → Daniel Fox ☑002/003

01/17/2008 15:47 FAX 212 805 7928 MHD JUDGE DOLINGER Filed 06/30/2008 Page 2 of 3 ☑003
Case 1:07-cv-06054-BSJ-MHD Document 24-6

Copies of the foregoing Order have been faxed this date to:


Thomas DeSimone, Esq.
Joseph T. Mullen  Jr. & Associates
30 Vesey Street, 15th Floor
New York, NY 10007
Fax: (212) 766-1131


Daniel Jason Fox, Esq.
Goldberg & Associates
39 Broadway, 17th Floor
New York, NY 10006
Fax: (212) 968-2400


A copy of the foregoing Order has been mailed this date to:

Julia Pichardo
450 6th Avenue
Patterson, NJ 07514

05/30/2008 14:59 IFAX goldbergandassociatesfax@g-alaw.com → Daniel Fox ☑003/003

01/17/2008 15:47 FAX 212 805 7928 JUDGE DOLINGER ☑001
Case 1:07-cv-06034-BSJ-MHD    Document 24-6    Filed 06/30/2008    Page 3 of 3

## FAX Cover Sheet

**Date:**      **January 16, 2008**

**To:**

**Thomas DeSimone, Esq.**
**Fax: (212) 766 -1131**


**Daniel Jason Fox, Esq.**
**Fax: (212) 968-2400**

**From: Magistrate Judge Michael H. Dolinger**
**United States District Court**
**Southern District of New York**
**500 Pearl Street, Room 1670**
**New York, New York 10007-1312**

**FAX (212) 805-7928**

**TELEPHONE NUMBER (212) 805-0204**

**This document contains 3 pages, including this cover sheet.**