# GOLDBERG & ASSOCIATES

ATTORNEYS AT LAW

39 BROADWAY - 17th Floor
NEW YORK, NEW YORK 10006

**DANIEL J. FOX**
Extension 119
dfox@g-alaw.com

(212) 968-2300
FAX (212) 968-2400
www.g-alaw.com

April 10, 2008

**Via Certified Mail R.R.R.**

Julia Pichardo
P.O. Box 433
Hawthorne, NJ 07507

    RE: Julia Pichardo v. New York University
       S.D.N.Y. - Docket No.: 07 civ 6034
       Date of Loss: May 4, 2004
       Our File No.: 40824

Dear Ms. Pichardo:

  This letter represents the **third attempt** by the undersigned to establish contact with you in connection with the above referenced claim that you commenced against my client, New York University ("NYU"). Previously, on March 24, 2008, I mailed you a copy of a letter which was addressed to Magistrate Judge Dolinger requesting the court's directive for seeking dismissal of your claim based upon a failure to prosecute. Judge Dolinger responded to the letter with an endorsed order directing NYU to file a formal motion should it seek dismissal of your case. A copy of the endorsed order follows this correspondence.

  To date, you have failed to respond to any of the letters from my office. Moreover, you have failed to respond to discovery or serve a Rule 26 disclosure. Finally, you failed to appear in court on January 22 at which time your erstwhile attorney requested leave to withdraw.

  Please be advised that your continuous failure to respond to discovery represents an unmistakable failure to prosecute your claim against NYU. Pursuant to FRCP 41(b), a defendant may seek dismissal of a plaintiff's claim for failure to prosecute. Moreover, the court is vested with the authority to dismiss your lawsuit **with prejudice**, which means that if the motion to dismiss is granted, you may be forever barred from maintaining or reasserting your claim against NYU.

  Please be further advised that if I do not receive some communication, whether written or oral, from you within two (2) weeks from the date of this correspondence, I intend to file a motion to dismiss your lawsuit pursuant to FRCP 41(b). You may reach me through the contact information

● New York, New York ● Millburn, New Jersey ●

**GOLDBERG & ASSOCIATES**

Ms. Julia Pichardo
April 10, 2008
Page -2-

set forth within the letterhead above.

  In addition to establishing contact with my office, please advise me when we can anticipate receipt of your discovery responses, which are now seriously past due.

  Again, allow me to make clear that this is your **final opportunity to respond.** If I do not hear from you within two (2) weeks, I will file a motion seeking dismissal of your claim with prejudice.

Sincerely,

DANIEL J. FOX

Encl.

● New York, New York ● Millburn, New Jersey ●

05/30/2008 15:00 IFAX goldbergandassociatesfax@g-alaw.com → Daniel Fox ☒003/008
Case 1:07-cv-06034-BSJ-MHD   Document 24-9   Filed 06/30/2008   Page 3 of 8 ☒002
03/24/2008 12:50 FAX 2128057928   JUDGE DOLINGER ☒002
03/24/2008 12:03 FAX 2129682400   GOLDBERG&ASSOCIATES ☒002/005



ENDORSED ORDER

If defendant intends to seek dismissal, it is to do so by formal motion (including an affidavit or equivalent submission).

/s/ 3/24/08

GOLDBERG & ASSOCIATES
ATTORNEYS AT LAW

39 BROADWAY – 17th Floor
NEW YORK, NEW YORK 10006

(212) 968-2300
FAX (212) 968-2400
www.g-alaw.com

DANIEL J. FOX
Extension 119
dfox@g-alaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/24/08

March 24, 2008

RECEIVED
MAR 24 2008
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE
S.D.N.Y.

Via Facsimile to: 212-805-7928

The Honorable Michael H. Dolinger
Magistrate Judge, United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    RE:  Julia Pichardo v. New York University
         S.D.N.Y. - Docket No.: 07 civ 6034
         Date of Loss: May 4, 2004
         Our File No.: 40824

Dear Honorable Sir:

       As you may recall, the law office of Goldberg & Associates has been retained to defend New York University ("NYU") in connection with the above-referenced personal injury lawsuit commenced by Julia Pichardo. Pursuant to Your Honor's order dated February 19, 2008, Ms. Pichardo was directed to retain new counsel within thirty (30) days or to proceed pro se. On February 21, I forwarded a letter to Ms. Pichardo enclosing a copy of the order together with copies of NYU's discovery demands, which remain unanswered. Ms. Pichardo has failed to respond to the letter, a copy of which follows this correspondence.

       This morning, I received a call from your law clerk, Ilana Friedman, who inquired whether I have had any communication with Ms. Pichardo since this Court's issuance of the February order. I advised Mrs. Friedman that Ms. Pichardo never responded to my enclosed letter, and for that matter has failed to prosecute her claim since the commencement of the litigation. Moreover, pursuant to this Court's order, Ms. Pichardo's time to retain counsel in this matter has expired. Mrs. Friedman directed me to send a letter to Your Honor setting forth these facts.

       As you may recall, the court had directed Ms. Pichardo to attend the January 22 conference before Your Honor, but Ms. Pichardo had failed to appear. By sending a copy of this letter, to Ms. Pichardo, it is NYU's intent to commence the process of seeking <u>dismissal</u> with prejudice of Ms. Pichardo's claim.

● New York, New York ● Millburn, New Jersey ●

05/30/2008 15:00 IFAX goldbergandassociatesfax@g-alaw.com → Daniel Fox ☒004/008
03/24/2008 12:03 FAX 2129882400 GOLDBERG&ASSOCIATES ☒003/005
Case 1:07-cv-06024-BSJ-MHD Document 24-2 JUDGE BOLINGER Filed 06/30/2008 Page 4 of 8

The Honorable Michael H. Dolinger
March 24, 2008
Page -2-

  We are prepared to take whatever steps this Court directs with regard to seeking dismissal. Certainly, we can file a motion or letter brief in support of an application for dismissal. However, in light of Ms. Pichardo's complete failure to serve discovery responses, appear in court when directed to do so, or otherwise prosecute her claim, we respectfully request that the Court directs NYU to apply for dismissal by the most expedient and cost effective means permissible.

  Thank you for your consideration of this matter.

          Respectfully submitted,

          DANIEL J. FOX

cc:  Julia Pichardo
   P.O. Box 433
   Hawthorne, NJ 07507

● New York, New York ● Millburn, New Jersey ●

## FAX Cover Sheet

Date:   March 24, 2008

To:

    Daniel Jason Fox, Esq.
    Fax: (212) 968-2400

By mail to:

    Julia Pichardo
    P.O. Box 433
    Hawthorne, NJ 07507-0433

From: Magistrate Judge Michael H. Dolinger
       United States District Court
       Southern District of New York
       500 Pearl Street, Room 1670
       New York, New York 10007-1312

    FAX (212) 805-7928

    TELEPHONE NUMBER (212) 805-0204

This document contains __3__ pages, including this cover sheet.



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Julia Pichardo
P.O Box 433
Hawthorne, NJ 07507

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  Julia A Pich    ☐ Agent
                   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
Julia A Pichardo

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7006 2760 0001 8319 7049

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

