06/27/2008 14:58 IFAX goldbergandassociatesfax@g-alaw.com → Daniel Fox 001/003
06/09/2008 12:35 FAX 212 504 7938 JUDGE DOLINGER 002
Case 1:07-cv-06034-BSJ-MHD   Document 24-10   Filed 06/30/2008   Page 1 of 3

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------x
JULIA PICHARDO,                 :
                  Plaintiff,    :    MEMORANDUM & ORDER
         -against-              :    07 Civ. 6034 (BSJ)(MHD)
NEW YORK UNIVERSITY and         :
JANE DOE - student,             :
                  Defendants.   :
-------------------------------x
```

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

By letter dated June 6, 2008, counsel for defendant New York University seeks leave to withdraw defendant's motion to dismiss. (June 6, 20098 letter to the Court from Daniel J. Fox, Esq.). That request is granted, and defendant's motion to dismiss dated May 30, 2008 is deemed withdrawn.

At the same time defendant asks that we order plaintiff to fulfill her discovery obligations or face later dismissal. (Id.). We note that defendant served a set of document requests on plaintiff's then-counsel in September 2007, and that plaintiff never responded to them. Following the withdrawal of her attorney, she was given an opportunity to hire a replacement attorney (Endorsed Order dated Feb. 19, 2008), and she has neither done so nor provided responses to defendant's discovery demands despite repeated requests by its attorney that she do so. Under the

1

06/27/2008 14:58 IFAX goldbergandassociatesfax@g-alaw.com → Daniel Fox 002/003
06/09/2008 IFAX 2128057928 JUDGE DOLINGER 003
Case 1:07-cv-03084-BSJ-MHD  Document 24-10  Filed 06/30/2008  Page 2 of 3

circumstances, we direct that plaintiff provide complete responses to defendant's long-pending document requests by no later than June 23, 2008. If she fails to do so, defendant may move by formal motion by no later than June 30, 2008 for appropriate relief, which may include dismissal of the complaint.

Dated: New York, New York
       June 9, 2008

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Memorandum and Order have been mailed today to:

Ms. Julia Pichardo
P.O. Box 433
Hawthorne, New Jersey 07507

Daniel J. Fox, Esq.
Goldberg & Associates
39 Broadway
17th Floor
New York, New York 10006



# FAX Cover Sheet

**Date:** JUNE 9 2008

**To:** DANIEL JASON FOX, ESQ
FAX# (212) 968-2400

BY MAIL   MS. JULIA PICHARDO

**From:** Magistrate Judge Michael H. Dolinger
United States District Court
Southern District of New York
500 Pearl Street, Room 1670
New York, New York 10007-1312

FAX (212) 805-7928

TELEPHONE NUMBER (212) 805-0204

This document contains ___3___ page(s), including this cover sheet

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -