```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
JULIA PICHARDO,
                                    :
              Plaintiff,
                                    :     ORDER
        -against-
                                    :     07 Civ. 6034 (BSJ)(MHD)
NEW YORK UNIVERSITY, et al.,
                                    :
              Defendants.
                                    :
------------------------------------x

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:
```

It is hereby **ORDERED** as follows:

1. Plaintiff is to respond to defendant's motion to dismiss by **MONDAY, JULY 14, 2008.**

2. Defendant is to reply by **MONDAY, JULY 21, 2008.**

Dated: New York, New York
       July 1, 2008

1

SO ORDERED.

_____
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE


Copies of the foregoing Order have been sent today to:

Julia Pichardo
P.O. Box 433
Hawthorne, NJ 07507-0433


Daniel Jason Fox, Esq.
Goldberg & Associates
39 Broadway, 17th Floor
New York, NY 10006