```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
JULIA PICHARDO,                     :

                Plaintiff,          :
        v.                          :    07 Civ. 6034 (BSJ)(MHD)
                                    :
NEW YORK UNIVERSITY and JANE DOE,   :    **ORDER**
New York University Student         :
                                    :
                Respondent.         :
------------------------------------X
```

**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

Having reviewed Magistrate Judge Michael H. Dolinger's Report and Recommendation dated September 26, 2008 and having received no objections thereto, I hereby confirm and adopt the Report in its entirety as I am satisfied that there is no clear error on the face of the record. See Nelson v. Smith, 618 F. Supp. 1186, 1189 (S.D.N.Y. 1985). Accordingly, Plaintiff Julia Pichardo's case is hereby dismissed with prejudice due to Plaintiff's failure to prosecute.

**SO ORDERED:**

_____
BARBARA S. JONES
UNITED STATES DISTRICT JUDGE

Dated:    New York, New York
          October 30, 2008